Form G-14

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS

Eastern Division

**CHANGE OF MAILING ADDRESS FOR DEBTOR(S)**

Name of Debtor(s) listed on the bankruptcy case:  
AMY HARGROVE,

CASE NO.: 15-39320

Chapter: 13

1. This change of mailing address is requested by:   [✔] Debtor    [ ] Joint Debtor

2. **Old Address:**

    Name(s): Amy Hargrove

    Mailing Address: 5946 W. Fillmore, Apt. 34

    City, State, Zip Code: Chicago, IL 60644

3. **New Address:**

    Mailing Address: 1820 Oak Park Avenue, 1st Floor

    City, State, Zip Code: Berwyn, IL 60402

4. [ ] Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint Debtor's DeBN account number: _____

Date: _____

Requestor's printed name(s)

Requestor's signature(s)

Title (if applicable, of corporate officer, partner or agent)

---

**This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015**

8/2015bgb